UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JULIANNA ZIMBUREAN,

                          Plaintiff,

      v.                                          **ORDER**
                                                        12-CV-562-A

LTC ENTERPRISES, INC.,
dba DM & ASSOCIATES,

                          Defendant.

---

      Upon the motion of the plaintiff, Julianna Zimburean pursuant to Fed. R. Civ. P. 55(b)(2), the Clerk shall enter a default judgment against the defendant, LTC Enterprises, Inc., dba DM & Associates, pursuant to Fed. R. Civ. P. 55(b)(2) with statutory damages in the amount of $500 plus costs and attorney fees of $3,161, for a total award of $3,661.  Although plaintiff Zimburean sought the maximum statutory damages of $1,000, the alleged conduct of defendant LTC Enterprises, Inc., was not egregious enough to justify a statutory-maximum award of $1,000, and the $500 award is in line with statutory-damage awards in other cases where no actual damages were quantified.  *See e.g., Hirsch v. ANI Management Group, Inc.*, No. 12-CV-3454 (ARR)(RML), 2013 WL 3093977 *2-3 (E.D.N.Y. June 18, 2013).  After entry of judgment, the Clerk shall terminate the action.

      SO ORDERED.

                                              *s/ Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              UNITED STATES DISTRICT JUDGE

DATED: August 7, 2013