AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Julianna Zimburean,

**DEFAULT JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-562-A

v.

LTC Enterprises, Inc., et al.,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, default judgment is entered against the defendant, LTC Enterprises, Inc., d/b/a DM & Associates, pursuant to Fed. R. Civ. P. 55(b)(2) with statutory damages in the amount of $500 plus costs and attorney fees of $3,161.00, for a total award of $3,661.00.

Date: August 8, 2013

MICHAEL J. ROEMER,
Clerk of the Court

By: s/Denise Collier
Deputy Clerk